IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK BOLEN,

    Petitioner,

v.                                    CASE NO. 1:08-cv-00007-MP-GRJ

JAMES MCDONOUGH, WALTER MCNEIL,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, which recommends that the petition for writ of habeas corpus, Doc. 1, be denied, and that a certificate of appealability be denied. Petitioner has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 15, is ACCEPTED and incorporated herein.

2. Petition for Writ of Habeas Corpus, Doc.1, is DENIED with prejudice.

3. Certificate of Appealability is DENIED.

**DONE AND ORDERED** this   _14th_ day of July, 2011

                                      *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge